922

No. 1181, Misc. BARRIENTOS *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 1312, Misc. HECTOR *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1313, Misc. BUSBY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1318, Misc. BRAXTON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied.

No. 1327, Misc. WILSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1329, Misc. SIMS *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 1331, Misc. ESKRA *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 1345, Misc. PARKER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1334, Misc. ROBINSON *v.* MANN, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 1366, Misc. DUVAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.